**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tri-Star Theme Builders, Inc. / PLC Construction Services, Inc. (A joint venture),<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Hawkeye-Security Insurance Company, an Iowa corporation,<br><br>　　　　Defendant. | No. CV 07-1049-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** that on January 22, 2008 at 10:15 a.m., Defendant shall appear and show cause why this case should not be remanded to state court for lack of federal subject matter jurisdiction. Specifically, Defendant alleges that the "proper responding party" is OneBeacon Insurance Company, which is a corporation, but fails to allege a principal place of business for the corporation.[1]

DATED this 19th day of December, 2007.

　　　　　　　　　　　　　　　　James A. Teilborg
　　　　　　　　　　　　　　　　United States District Judge

---

[1] A corporation is a citizen of every state in which it is incorporated <u>and</u> the state where it has its principal place of business. *Industrial Tectonics v. Aero Alloy*, 912 F.2d 1090, 1092 (9th Cir. 1990) (citing 28 U.S.C. § 1332(c)). In the Ninth Circuit, a corporation's principal place of business is defined as the location where a majority of the corporation's business activity takes place. *Id.* at 1094. If there is not a state where a substantial portion of the corporation's business activity occurs, then the corporation is a resident of the state where the corporation's executive and administrative functions are performed. *Id.* The burden of proving the facts supporting jurisdiction is on the party asserting jurisdiction. *Id.* at 1092 (citations omitted).